393 A.2d 1278

Commonwealth v. Hueston, Appellant.

Argued April 12, 1978. Charles F. Gilchrest, with him Routman, Moore, Goldstone & Valentino, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1278

Commonwealth v. Iliff, Appellant.

Argued April 12, 1978. Robert G. Kochems, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.